# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY DELATTE WATTS

NO. 2019 KW 1594

**MAR 0 3 2020**

---

In Re:    Anthony Delatte Watts, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 19-MISD-120850.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY, AND BURRIS,[1] JJ.**

**WRIT APPLICATION DISMISSED** at relator's request.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.